# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL GIAMMARINARO,** Plaintiff, | : : : |
| v. | : : Civil No. 5:23-CV-04086-JMG |
| **NORTHAMPTON COUNTY,** *et al.*, Defendants. | : : : |

## ORDER

**AND NOW**, this 3rd day of December, 2024, upon consideration of Defendants Riley, Neff, Marino, and Volpe's Motion for Summary Judgment (ECF No. 44) and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgement (ECF No. 49), **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 44) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge